Argued and submitted February 25, remanded for entry of amended judgment of conviction and for resentencing March 23, petition for review denied May 24, 1994

(319 Or 150)

STATE OF OREGON,
*Respondent,*

*v.*

JEFF LAWRENCE McCLELLAN,
*Appellant.*

(91-CR2751FE; CA A76937)

870 P2d 271

Mary M. Reese, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Thomas H. Denney, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of two counts of criminal mistreatment in the first degree, ORS 163.205, and two counts of assault in the fourth degree, ORS 163.160.

We write only to address defendant's second assignment of error, in which he argues that the assault convictions should have merged into the convictions for criminal mistreatment. The state concedes error, and we accept the concession.

Remanded for entry of amended judgment of conviction and for resentencing.